with "John Doe" and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Jacob Bouton and Others, Doing Business as J. Bouton & Co., Respondents, v. Henderson Lithographing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. (McLaughlin and Laughlin, JJ., dissenting.)

In the Matter of Antonio Conti, Appellant, for a Writ of Mandamus against Joseph I. Berry, Commissioner of Parks, Borough of the Bronx, City of New York, Respondent.— Order affirmed, with costs as in an action. No opinion.

New York Electrical Workers' Union, Appellant, v. Harry Alexander and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. (Scott and Dowling, JJ., dissenting.)

Mary L. Tilden in Behalf of Herself and Other Shareholders of the New York Realty Owners Company, Respondent, v. New York Realty Owners and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. James J. Leavy, Appellant, v. William A. Prendergast, as Comptroller of The City of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Joseph B. Newman, Appellant, v. William A. Prendergast, as Comptroller of The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ellen Clery, Respondent, v. Edward Severin Clark, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of The New York Electric Lines Company, Appellant, for a Writ of Mandamus Directed to the Empire City Subway Company (Limited), Respondent.— Order affirmed, with ten dollars costs and disbursements on the authority of *People ex rel. New York Electric Lines Co.* v. *Ellison* (115 App. Div. 254; affd., 188 N. Y. 523).

The People of the State of New York ex rel. Fifth Avenue and Forty-fourth Street Company, Respondent, v. Frank A. O'Donnel and Others, as Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes of 1904.) — Order affirmed, with ten dollars costs and disbursements. No opinion. (Scott, J., dissenting.)

Johannes Alexander Beugger, Respondent, v. Clarence D. Ashley and Others, Impleaded with Henry A. Rubino, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Remsen Schenck and Eleanor Schenck, His Wife, Respondents, v. Alfred Furst and Others, Impleaded with Elsie Boyd, Individually and as Administratrix, etc., of Robert Boyd, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hyman Rosenfeld, an Infant, by David Rosenfeld, His Guardian ad Litem, Respondent, v. Julius W. Stolts, as President of J. & J. W. Stolts, a Joint Stock Association, Appellant. — Order reversed, with ten dollars costs and disbursements to defendant to abide event of action, and plaintiff required to give bill of particulars as directed in order. No opinion.